CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC 20 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DWAYNE W. SCOTT, | ) | Civil Action No. 7:11-cv-00187 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| C. ZYCH, | ) | By: Hon. Jackson L. Kiser |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that respondent's motion to dismiss is **GRANTED** ; petitioner's 28 U.S.C. § 2241 petition is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER**: This 20th day of December, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge